UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-115-E

No. <u>25-2061</u>

TIMOTHY BOSSIDY; HAYDEN GATEWAY LLC;
BLOC DISPENSARY LLC

v.

ADVANCED FLOWER CAPITAL INC;
AFC AGENT LLC,
                    Appellants

(D.N.J. No. 3:25-cv-02789)

Present:  MATEY, <u>Circuit Judge</u>

1. Motion by Appellants Advanced Flower Capital Inc and AFC Agent LLC to Expedite Appeal with Proposed Briefing Schedule;

   . Appellants' Opening Brief: Tuesday, July 1, 2025;
   . Appellees' Answering Brief: Tuesday, August 5, 2025;
   . Appellants' Reply Brief: Tuesday, August 19, 2025;
   . Oral argument: During the Court's September session, or as soon as possible

2. Response in Opposition by Appellees Bloc Dispensary LLC and Hayden Gateway LLC to Motion to Expedite.

3. Reply by Appellants in Further Support of Motion to Expedite Appeal.

                                        Respectfully,
                                        Clerk/pdb

_____ORDER_____
The foregoing motion is **DENIED**.

                                        By the Court,

                                        s/ Paul B. Matey
                                        Circuit Judge

Dated: July 3, 2025

kr/cc: All Counsel of Record