UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-138

No. 25-2061

TIMOTHY BOSSIDY; HAYDEN GATEWAY LLC;
BLOC DISPENSARY LLC

v.

ADVANCED FLOWER CAPITAL INC;
AFC AGENT LLC,
       Appellants

(D.N.J. No. 3:25-cv-02789)

Present: MONTGOMERY-REEVES, Circuit Judge

1. Motion by Appellees Bloc Dispensary LLC and Hayden Gateway LLC for Extension of Time to file Appellees' Brief until September 11, 2025;

2. Response by Appellants in Opposition to Appellees Motion for Extension of Time;

3. Reply by Bloc Dispensary LLC and Hayden Gateway LLC.

       Respectfully,
       Clerk/pdb

_____ORDER_____
The foregoing motion for extension of time to file brief until September 11, 2025, is GRANTED. No further extensions will be granted absent extraordinary circumstances.

       By the Court,

       s/ Tamika R. Montgomery-Reeves
       Circuit Judge

Dated: August 13, 2025
Gch/cc: All Counsel of Record